# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMIEN HALLIBURTON, A/K/A
HAKEEM HALLIBURTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82257

**FILED**

JAN 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on January 16, 2020. Appellant did not file the notice of appeal, however, until December 3, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-00454

cc: Hon. Ronald J. Israel, District Judge
Damien Halliburton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A